**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 3:19-cv-00402-MMD-WGC<br><br>**ORDER RE:**<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

　　　　On remand, the Appeals Council will assign the case to a new Administrative Law Judge (ALJ). The Appeals Council will instruct the ALJ to reevaluate Plaintiff's alleged symptoms; as warranted, reevaluate Plaintiff's residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform his past relevant work and other work in the national economy, including

whether Plaintiff has acquired skills transferable to other work; and offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: December 23, 2019　　　　　　Respectfully submitted,

OLINSKY LAW GROUP

*/s/ Melissa A. Palmer*
MELISSA A. PALMER
(*as authorized via email on December 23, 2019)
Attorney for Plaintiff

Dated: December 23, 2019　　　　　　Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE

DATED THIS 26th day of December 2019.