1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY DAVIS, | Case No.: 3:19-cv-00402-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Randy Davis be awarded attorney fees and expenses in the amount of four thousand four hundred and forty-nine dollars and fifty-three cents ($4,449.53) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

//

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel, Melissa A. Palmer.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Randy Davis and/or Melissa A. Palmer, including Olinsky Law Group, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Melissa A. Palmer and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

This stipulation resolves the matters raised in the Motion for Attorney's Fees filed on March 25, 2020 (Dkt. No. 16).

Dated: April 1, 2020   Respectfully submitted,

OLINSKY LAW GROUP

*/s/ Melissa A. Palmer*
MELISSA A. PALMER
(*as authorized via email on April 1, 2020)
Attorney for Plaintiff

Dated: April 1, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT COURT JUDGE

DATED: April 1, 2020

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** on the date, and via the method of service, identified below:

**CM/ECF:**

Melissa Palmer
mpalmer@windisability.com
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated: April 1, 2020

                                                 */s/ Allison J. Cheung*
                                                 ALLISON J. CHEUNG
                                                 Special Assistant United States Attorney